1  ANNA Y. PARK, CA SBN 164242
   PETER LAURA, CA SBN 116426
2  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
3  255 East Temple Street, 4th Floor
   Los Angeles, CA  90012
4  Telephone: (213) 894-1080
   Facsimile: (213) 894-1301
5
   JOHN C. HENDRICKSON, IL SBN 1187589
6  GREGORY GOCHANOUR, IL SBN 6210804
   U.S. EQUAL EMPLOYMENT
7  OPPORTUNITY COMMISSION
   500 West Madison Street, Suite 2800
8  Chicago, Illinois 60661
   Telephone: (312) 886-9124
9  Facsimile: (312) 353-8555

10 Attorneys for Plaintiff,
   U.S. EQUAL EMPLOYMENT
11 OPPORTUNITY COMMISSION

12
13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15 U.S. EQUAL EMPLOYMENT      )   CASE NO.:
   OPPORTUNITY COMMISSION,    )
16                            )   **COMPLAINT- CIVIL RIGHTS**
                              )   **EMPLOYMENT**
      Plaintiff,              )   **DISCRIMINATION**
17                            )   (42 U.S.C. §§ 2000e, *et seq.*)
      v.                      )
18                            )   **JURY TRIAL DEMAND**
   ABERCROMBIE & FITCH        )
19 STORES, INC., A & F        )
   CALIFORNIA, LLC, A & F OHIO, )
20 INC., A & F MANAGEMENT CO., )
   INC., and DOES 1-10 Inclusive, )
21                            )
                              )
22    Defendants.             )
   _____   )

23                       NATURE OF THE ACTION

24        This is an action under Title VII of the Civil Rights Act of 1964 and the

25 Civil Rights Act of 1991 to correct unlawful employment practices on the basis of

26 race, national origin, color which includes Blacks, Hispanics, and Asians, and/or

27 sex (female) and to provide appropriate relief to a class of persons who were

28 adversely affected by such practices.

                                                        COMPLAINT

1

## JURISDICTION AND VENUE

2    1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451,

3    1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to

4    Section 706(f)(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as

5    amended, 42 U.S.C. § 2000(e) *et seq*.  ("Title VII") and Section 102 of the Civil

6    Rights Act of 1991, 42 U.S.C. § 1981a.

7    2.    The employment practices alleged to be unlawful were and are now

8    being committed within the jurisdiction of the United States District Court for

9    California, Northern District.

10

## PARTIES

11    3.    Plaintiff, the U.S. Equal Employment Opportunity Commission

12    ("Commission"), is the agency of the United States of America charged with the

13    administration, interpretation and enforcement of Title VII, and is expressly

14    authorized to bring this action by  Section 706(f)(1) and (3); Sections 706(f)(1)

15    and (3); and 707 of Title VII.

16    4.    Defendants Abercrombie & Fitch Stores, Inc., A & F California,

17    LLC, A & F Ohio, Inc., and A & F Management Co., Inc. are hereinafter

18    collectively identified as "Abercrombie", or "Defendants".

19    5.    Defendant, Abercrombie & Fitch Stores, Inc., is an Ohio corporation

20    and a wholly owned subsidiary of Abercrombie.  Based on representations of

21    defendants, from July 1996 ro August 2000, during which time it was a Delaware

22    corporation, Abercrombie & Fitch Stores, Inc. operated all California

23    Abercrombie stores; from August 2000, when it became an Ohio corporation, to

24    May 2002, it operated all Abercrombie stores; and since May 2002, it has operated

25    all Abercrombie stores outside of California and Ohio.

26    6.    Defendant A & F California, LLC is an Ohio limited liability

27    company and a wholly owned subsidiary of Abercrombie.  Based on the

28    ///

2                                    COMPLAINT

1  representations of defendants, since May 2002, it has operated all Abercrombie
2  stores in California.

3       7.     Defendant A & F Ohio, Inc. is an Ohio corporation and a wholly
4  owned subsidiary of Abercrombie.  Based on the representations of defendants,
5  since May 2002, it has operated all Abercrombie stores in Ohio.

6       8.     Defendant A & F Management Co., Inc. is an Ohio corporation and a
7  wholly owned subsidiary of Abercrombie.  Based upon representations of
8  Defendants, A&F Management Company, Inc. operates Abercrombie corporate
9  offices in Ohio.

10       9.     At all relevant times, Defendants have continuously been an employer
11  engaged in an industry affecting commerce within the meaning of Sections 701(b),
12  (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

13       10.    Plaintiff is ignorant of the true names and capacities of Defendants
14  sued as Doe Defendants 1 through 10, inclusive, herein and therefore Plaintiff sues
15  said Defendants by such fictitious names.  Plaintiff reserves the right to amend the
16  complaint to name the Doe Defendants as they become known.  Plaintiff alleges
17  that each of the Defendants named as Doe Defendants was in some manner
18  responsible for the acts and omissions alleged herein and Plaintiff will amend the
19  complaint to allege such responsibility when same shall have been ascertained by
20  Plaintiff.

21       11.    It is further alleged on information and belief that the Defendants and
22  the Doe Defendants are alter egos of one another.

23       12.    All of the acts and failures to act alleged herein were duly performed
24  by and attributable to all Defendants, each acting as a successor, agent, employee
25  or under the direction and control of the others, except as otherwise specifically
26  alleged.  Said acts and failures to act were within the scope of such agency and/or
27  employment, and each Defendant participated in, approved and/or ratified the
28  unlawful acts and omissions by other Defendants complained of herein.

COMPLAINT

1  Whenever and wherever reference is made in this Complaint to any act by a

2  Defendant or Defendants, such allegations and reference shall also be deemed to

3  mean the acts and failures to act of each Defendant acting individually, jointly,

4  and/or severally.

5                                    STATEMENT OF CLAIMS

6        13.    More than thirty days prior to the institution of this lawsuit, a charge

7  was filed with the Commission alleging violations of Title VII by Defendants.  All

8  conditions precedent to the institution of this lawsuit have been fulfilled.

9        14.    Since at least February 1999, Defendants have engaged in a pattern or

10 practice of discrimination in violation of Title VII, 42 U.S.C. §2000e, *et seq.* at its

11 stores nationwide as follows:

12              A.    By deterring minority applicants from applying for sales, stock,

13 overnight, manager-in-training, assistant manager and store manager positions

14 because of their race, color and/or national origin which includes Blacks,

15 Hispanics, and Asians;

16              B.    By failing and refusing to recruit minority and female

17 applicants for sales, stock, overnight, manager-in-training, assistant manager and

18 store manager positions because of their race, color, national origin which includes

19 Blacks, Hispanics, and Asians, and/or sex (female);

20              C.    By failing and refusing to hire and assign minorities and

21 females into sales, stock, overnight, manager-in-training, assistant manager and

22 store manager positions because of their race, color, national origin which include

23 Blacks, Hispanics, and Asians, and/or sex (female);

24              D.    By terminating minority and female employees because of their

25 race, color, national origin which includes Blacks, Hispanics, and Asians, and/or

26 sex (female);

27              E.    By segregating its workforce on the basis of race, color,

28 national origin which includes Blacks, Hispanics, and Asians, and/or sex (female);

                                    4                    COMPLAINT

F.    By failing and refusing to hire, assign, or promote minorities and females into sales, stock, overnight, manager-in-training, assistant manager and store manager positions because of their race, color, national origin which includes Blacks, Hispanics, and Asians, and/or sex (female); and

G.    Defendants also failed to maintain records as required by federal law.

15.    The effect of the practices complained of above has been to deprive a class of individuals of equal employment opportunities and otherwise adversely affect their status as applicants, employees, mangers-in-training, and managers for employment, because of their race, national origin, color which includes Blacks, Hispanics, and Asians, and/or sex(female).

16.    The unlawful employment practices complained of above were intentional.

17.    The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of the class of individuals.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendants, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of race, national origin, color, and/or sex and any other employment practice which discriminates on the basis of race, national origin, color and/or sex.

B.    Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for African Americans, Hispanics, Asians, minority women, and women, and which eradicate the effects of its past and present unlawful employment practices.

///

COMPLAINT

1    C.    Order Defendants to make whole the class of individuals, by
2    providing appropriate backpay with prejudgment interest, in amounts to be
3    determined at trial, and other affirmative relief necessary to eradicate the effects of
4    its unlawful employment practices, including but not limited to hiring, promotion,
5    and reinstatement.

6    D.    Order Defendant Employers to make whole the class of individuals,
7    by providing compensation for past and future pecuniary losses resulting from the
8    unlawful employment practices described above in amounts to be determined at
9    trial.

10    E.    Order Defendant Employers to make whole the class of individuals by
11    providing compensation for past and future nonpecuniary losses resulting from the
12    unlawful practices complained of above, including emotional pain, suffering,
13    inconvenience, loss of enjoyment of life, and humiliation in amounts to be
14    determined at trial.

15    F.    Order Defendant Employers to pay the class of individuals punitive
16    damages for its malicious and reckless conduct described above, in amounts to be
17    determined at trial.

18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

1      G.      Grant such further relief as the Court deems necessary and proper in

2  the public interest.

3      H.      Award the Commission its costs of this action.

4                              <u>JURY TRIAL DEMAND</u>

5      The Commission requests a jury trial on all questions of fact  raised by its

6  complaint.

7

8                                         Respectfully Submitted,

9                                         ERIC  S. DREIBAND
                                          General Counsel
10

11                                        JAMES LEE
                                          Deputy General Counsel
12
                                          GWENDOLYN YOUNG REAMS
13                                        Associate General Counsel

14                                        U.S. EQUAL EMPLOYMENT
                                          OPPORTUNITY COMMISSION
15                                        1801 "L" Street, N.W.
                                          Washington, D.C.  20507
16

17                                        BY:_____
                                          _____ANNA Y. PARK
18                                               Regional Attorney

19                                        U.S. EQUAL EMPLOYMENT
                                          OPPORTUNITY COMMISSION
20                                        255 East Temple Street, 4th Floor
                                          Los Angeles, CA  90012
21

22

23                                        BY:_____
                                          JOHN C. HENDRICKSON
24                                        Regional Attorney
                                          GREGORY GOCHANOUR
25                                        Supervisory Trial Attorney

26                                        U.S. EQUAL EMPLOYMENT
                                          OPPORTUNITY COMMISSION
27                                        500 West Madison Street, Suite 2800
                                          Chicago, Illinois 60661
28

                              7                          COMPLAINT