Douglas R. Young (State Bar No. 073248)
Douglas E. Dexter (State Bar No. 115868)
Sandra A. Kearney (State Bar No. 154578)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

OF COUNSEL:
Thomas B. Ridgley (Ohio Bar No. 0000910)
Sandra J. Anderson (Ohio Bar No. 0002044)
Mark A. Knueve (Ohio Bar No. 0067074)
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350

Attorneys for Defendants
ABERCROMBIE & FITCH STORES, INC.,
A&F CALIFORNIA, LLC, A&F OHIO, INC. and
A&F MANAGEMENT CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>      v.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., A&F MANAGEMENT CO., INC. and DOES 1-10, Inclusive,<br><br>           Defendants. | Case No. C04-4731 TEH<br><br>**ANSWER OF DEFENDANTS ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC. AND A&F MANAGEMENT CO., INC. TO COMPLAINT** |

## ANSWER TO COMPLAINT

NOW COME Defendants Abercrombie & Fitch Stores, Inc., A&F California, LLC, A&F Ohio, Inc., and Abercrombie & Fitch Management Co., sued incorrectly herein as A&F

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

Defendants' Answer To Complaint                                                   Case No. C04-04731 TEH

Management Co. (collectively "Defendants"), by and through counsel, and for their Answer to the Complaint ("Complaint") filed by the Equal Employment Opportunity Commission ("EEOC"), hereby make the following admissions, denials, averments, and affirmative defenses:

1.	For their response to paragraph 1 of the Complaint, Defendants state the EEOC purports to invoke jurisdiction pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. Defendants state that the EEOC brings this action pursuant to section 706(f)(1) and (3) and Sections 706(f)(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.	Defendants state that the EEOC brings claims based, in part, on practices it alleges took place within the jurisdiction of the United States District Court for California, Northern District. Defendants deny that any unlawful employment practices were or are now being committed.

3.	Defendants admit that the EEOC is authorized to bring actions pursuant to Sections 706(f)(1) and (3), and 707 of Title VII. Defendants deny that this action is appropriate.

4.	Defendants admit the allegations contained in paragraph 4 of the Complaint.

5.	Defendants admit that they have continually had at least 15 employees. Defendants admit that A&F California, LLC has continually been doing business in the State of California and within this District since May 3, 2002. Defendants assert that A&F California, LLC is an Ohio limited liability company and operates retail clothing stores in California since May 3, 2002. Defendants state that A&F Ohio, Inc. is incorporated in Ohio and has operated retail clothing stores in Ohio since April 26, 2002. Defendants state that Abercrombie & Fitch Stores, Inc. is an Ohio corporation and operates retail clothing stores in some other states since May 2002. Defendants state that between August 9, 2000 and April 26, 2002, Abercrombie & Fitch Stores, Inc., the Ohio corporation, operated all Abercrombie stores. Defendants state that between July 1996 and August 9, 2000, Abercrombie & Fitch Stores, Inc., a Delaware corporation, operated all Abercrombie stores. Defendants state that Abercrombie & Fitch Management Co. has been incorrectly identified herein as A&F Management Co. Defendants

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT       - 1 -       CASE NO. C04-4731 TEH

1 deny the remaining allegations contained in paragraph 5 of the Complaint.

2     6.     Defendants admit that A&F California, LLC is an Ohio limited liability company and is a wholly owned subsidiary of Abercrombie & Fitch Management Co. and that it has operated retail stores in California in May 2002 and deny the remaining allegations contained in paragraph 6 of the Complaint.

    7.     Defendants admit that A&F Ohio, Inc. is an Ohio corporation, and a wholly owned subsidiary of Abercrombie & Fitch Management Co. and that it has operated retail stores in Ohio since May 2002, and deny the remaining allegations contained in paragraph 7 of the Complaint.

    8.     Defendants admit that Abercrombie & Fitch Management Co. supervises some of Abercrombie's corporate office functions in Ohio and deny the remaining allegations in paragraph 8 of the Complaint.

    9.     Defendants admit the allegations contained in paragraph 9 of the Complaint.

    10.     Defendants admit that the EEOC brings claims against Doe Defendants 1 through 10. Defendants deny the remaining allegations contained in paragraph 10 of the Complaint.

    11.     Defendants deny the allegations contained in paragraph 11 of the Complaint.

    12.     Defendants deny the allegations contained in paragraph 12 of the Complaint.

    13.     Defendants admit the allegations contained in paragraph 13 of the Complaint.

    14.     Defendants deny the allegations contained in paragraph 14 of the Complaint.

    A.     Defendants deny the allegations contained in paragraph 14A of the Complaint.

    B.     Defendants deny the allegations contained in paragraph 14B of the Complaint.

    C.     Defendants deny the allegations contained in paragraph 14C of the Complaint.

    D.     Defendants deny the allegations contained in paragraph 14D of the Complaint.

    E.     Defendants deny the allegations contained in paragraph 14E of the

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT     - 2 -     CASE NO. C04-4731 TEH

Complaint.

F. Defendants deny the allegations contained in paragraph 14F of the Complaint.

G. Defendants deny the allegations contained in paragraph 14G of the Complaint.

15. Defendants deny the allegations contained in paragraph 15 of the Complaint.

16. Defendants deny the allegations contained in paragraph 16 of the Complaint.

17. Defendants deny the allegations contained in paragraph 17 of the Complaint.

18. Defendants deny each and every allegation contained in the Complaint not specifically admitted to be true herein.

19. Defendants deny that the EEOC or the individuals it purports to represent are entitled to any of the relief listed in the Prayer for Relief, paragraphs A through F.

### FIRST AFFIRMATIVE DEFENSE

20. EEOC's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

21. EEOC's claims, in whole or in part, are barred by applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

22. This action is not maintainable as a class action under Fed. R. Civ. P. Rule 23.

### FOURTH AFFIRMATIVE DEFENSE

23. EEOC is estopped by its own actions and conduct, and/or the actions and conduct of some or all of the individuals it purports to represent, from asserting any cause of action against Defendants.

### FIFTH AFFIRMATIVE DEFENSE

24. EEOC and/or the individuals it purports to represent, has engaged in conduct and activities sufficient to constitute a waiver of any right to assert the claims upon which they now seek relief.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT   - 3 -   CASE NO. C04-4731 TEH

**SIXTH AFFIRMATIVE DEFENSE**

25. Some or all of the EEOC's causes of action are barred by their failure timely to exhaust administrative remedies with respect to each Defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

26. All of Defendants' employment actions were taken for legitimate, non-discriminatory reasons.

**EIGHTH AFFIRMATIVE DEFENSE**

27. Defendants' policies and practices are job-related and consistent with business necessity.

**NINTH AFFIRMATIVE DEFENSE**

28. The individuals whom EEOC purports to represent have failed to mitigate their damages, if any.

**TENTH AFFIRMATIVE DEFENSE**

29. To the extent the EEOC seeks punitive or exemplary damages, they are barred or limited by the Due Process Clause of the Fourteenth Amendment of the United States Constitution. *See State Farm Mutual Automobile Insurance Co. v. Campbell*, -- U.S. --, 123 S. Ct. 1513 (2003).

**ELEVENTH AFFIRMATIVE DEFENSE**

30. This Court lacks personal jurisdiction over some or all Defendants.

**TWELFTH AFFIRMATIVE DEFENSE**

31. Some or all of EEOC's claims fail because the EEOC and the individuals it purports to represent have an adequate remedy at law.

//
//
//
//
//

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT - 4 - CASE NO. C04-4731 TEH

1  WHEREFORE, Defendants Abercrombie & Fitch Stores, Inc., A&F California, LLC, A&F Ohio, Inc., and Abercrombie & Fitch Management Co. respectfully request that the EEOC's Complaint be dismissed with prejudice in its entirety with all costs assessed against EEOC, and that the Court grant such further relief as it deems just and proper at law or in equity.

DATED:  November 11, 2004.                          Respectfully submitted,

                                    /S/
                                    Sandra A. Kearney (State Bar No. 154578)
                                    Farella Braun & Martel LLP
                                    Russ Building, 30th Floor
                                    235 Montgomery Street
                                    San Francisco, CA 94104
                                    Telephone: (415) 954-4400
                                    Facsimile (415) 954-4480

                                    Attorneys for Defendants
                                    ABERCROMBIE & FITCH STORES, INC.,
                                    A&F CALIFORNIA, LLC, A&F OHIO, INC.
                                    and A&F MANAGEMENT CO., INC.

OF COUNSEL:
Thomas B. Ridgley (Ohio Bar No. 0000910)
Sandra J. Anderson (Ohio Bar No. 0002044)
Mark A. Knueve (Ohio Bar No. 0067074)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
Columbus, OH  43215
Telephone:  (614) 464-6400
Facsimile:  (614) 464-6350

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT  - 5 -                       CASE NO. C04-4731 TEH