Bill Lann Lee (SBN 108452)
Kelly M. Dermody (SBN 171716)
Eve H. Cervantez (SBN 164709)
Elizabeth A. Alexander (pro hac vice)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Bryan D. Marcus
BRYAN D. MARCUS, P.C.
26400 Lahser, 215
Southfield, MI 48034
Telephone: (248) 354-4121
Facsimile:  (248) 354-7368

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,<br><br>Defendants. | Case Nos.  03-2817 SI, 04-4730, and 04 4731<br><br>**STIPULATED JOINT NOTICE OF MOTION AND MOTION FOR ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY LEIGH FOSTER**<br><br>Date:          April 14, 2004<br>Time:         4:00 p.m.<br>Judge:        The Honorable Susan Illston |

424643.1

STIP. JOINT NOT. & MOT. FOR ORDER APPROVING
WITHDRAWAL OF OBJECTIONS OF LEIGH FOSTER
CASE NO.  03-2817 SI
424882_1.PDF

| | |
|---|---|
| 1 | |
| 2 | ELIZABETH WEST and JENNIFER LU, |
| | Plaintiffs, |
| 3 | |
| | v. |
| 4 | |
| | ABERCROMBIE & FITCH STORES, |
| 5 | INC., A&F CALIFORNIA, LLC, |
| | A&F OHIO, INC., and ABERCROMBIE |
| 6 | & FITCH MANAGEMENT CO., |
| 7 | Defendants. |
| 8 | |
| | EQUAL EMPLOYMENT |
| 9 | OPPORTUNITY COMMISSION, |
| 10 | v. |
| 11 | ABERCROMBIE & FITCH STORES, |
| | INC., A&F CALIFORNIA, LLC, A&F |
| 12 | OHIO, INC., and ABERCROMBIE & |
| | FITCH MANAGEMENT CO. |
| 13 | |
| | Defendants. |
| 14 | |

### STIPULATED JOINT NOTICE OF MOTION AND MOTION FOR ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY LEIGH FOSTER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the above-captioned Plaintiffs hereby move the Court for an order approving the withdrawal of Class member Leigh Foster's objection. Plaintiffs request that this motion be heard on April 14, 2005 at 4:00 p.m., before the Honorable Susan Illston, United States District Judge, in Courtroom 10, 19th floor, 450 Golden Gate Avenue, San Francisco, California.

This Motion is based on this Notice of Motion, Motion, and supporting Memorandum, all pleadings and records on file in this action, and any other arguments and evidence presented to the Court.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Ms. Foster submitted a four-page objection to the Claims Administrator, which was received on March 7, 2005. In her objection, Ms. Foster raised several criticisms of the Consent Decree. One criticism was that the Consent Decree contained a typographical error in Section VIII.C., such that the letter "D" should be changed to "C." Attached herteo as Exhibit A is a copy of the objection.

Plaintiffs believe that, aside from the typograhical error, these criticisms are not meritorious because they misconstrue the Consent Decree. However, to expeditiously achieve the aims of the Consent Decree, Plaintiffs have agreed to resolve Ms. Foster's objection on the following terms:

(A) Before submitting any proposed modifications to the Consent Decree to the Court for its review, Class Counsel will notify Ms. Foster, through her attorneys, of those proposals. Class Counsel will then forward to the Special Master and the Court any comments Ms. Foster provides them regarding those proposed modifications.

(B) Class Counsel will forward to the Special Master and the Court any communications they receive from Ms. Foster regarding her concerns about Abercrombie's compliance with the Decree.

(C) Class Counsel will propose to the Court that the typographical error in Section VIII.C. be corrected, such that the phrase "This Section VIII.D." be changed to "This Section VIII.C." on page 12, line 24.

(D) Class Counsel agrees to compensate Ms. Foster's counsel his fee amount of $15,000 in exchange for successful withdrawal of her objection, payable from Class Counsel's fees within five (5) business days after the latter of (1) payment of attorneys' fees to Class Counsel under the terms of the Consent Decree or (2) finality of the Consent Decree.

For the foregoing reasons, pursuant to Federal Rule of Civil Procedure 23(e)(4)(B), Plaintiffs and Objector Leigh Foster respectfully request that the Court grant this Motion For Order Approving Withdrawal of Objection Submitted By Leigh Foster.

Dated: April 11, 2005

Respectfully submitted,

| | |
|---|---|
| Julie Su<br>Minah Park<br>ASIAN PACIFIC AMERICAN LEGAL CENTER<br>1145 Wilshire Boulevard, 2nd Floor<br>Los Angeles, CA  90017<br>Telephone:  (213) 977-7500<br>Facsimile:   (213) 977-7595 | Thomas A. Saenz<br>Shaheena Ahmad Simons<br>MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br>634 South Spring Street<br>Los Angeles, CA  90014<br>Telephone:  (213) 629-2512<br>Facsimile:   (213) 629-0266 |
| Kimberly West-Faulcon<br>NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Telephone:  (213) 975-0211<br>Facsimile:   (213) 202-5773 | Bill Lann Lee<br>Kelly M. Dermody<br>Eve H. Cervantez<br>Jahan C. Sagafi<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008 |
| Sidney L. Gold<br>Traci M. Greenberg<br>SIDNEY L. GOLD & ASSOCIATES, P.C.<br>1835 Market Street, Suite 515<br>Philadelphia, PA 19103<br>Telephone:  (215) 569-1999 | Bryan L. Clobes<br>Melody Forrester<br>Jeffrey D. Lerner<br>MILLER FAUCHER AND CAFFERTY<br>One Logan Square, Suite 1700<br>Philadelphia, PA 19103<br>Telephone:  (215) 864-2800 |
| Cleo Fields<br>RAINBOW/PUSH COALITION<br>930 East 50th Street<br>Chicago, IL 60615<br>Telephone:  (773) 373-3366 | Joseph C. Kohn<br>Martin J. D'Urso<br>Diana Liberto<br>Hilary Cohen<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Telephone:  (215) 238-1700 |
| James F. Keller<br>Zachary Gottesman<br>GOTTESMAN & ASSOCIATES<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH 45202<br>(513) 651-2121 | Jack W. Lee, Esq. (SBN 071626)<br>Lisa Duarte, Esq. (SBN 169750)<br>John Ota, Esq. (SBN 195532)<br>MINAMI, LEW & TAMAKI LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108<br>Telephone:  (415) 788-9000<br>Facsimile:  Fax (415) 398-3887 |

By: /s/ Jahan C. Sagafi
Jahan C. Sagafi

*Attorneys for Plaintiffs*

Jason Erlich
THE ERLICH LAW FIRM
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 552-2531
Facsimile: (415) 552-2579

Bryan D. Marcus
BRYAN D. MARCUS, P.C.
26400 Lahser, 215
Southfield, MI 48034
Telephone: (248) 354-4121
Facsimile: (248) 354-7368

By: _____
    Bryan D. Marcus

*Attorneys Objector Leigh Foster*

424643.1

STIP. JOINT NOT. & MOT. FOR ORDER APPROVING
WITHDRAWAL OF OBJECTIONS OF LEIGH FOSTER
CASE NO. C 04-4731 SI

1
2   By: _____
         Jahan C. Sagafi
3
    *Attorneys for Plaintiffs*
4
5   Jason Erlich                          Bryan D. Marcus
    THE ERLICH LAW FIRM                   BRYAN D. MARCUS, P.C.
    177 Post Street, Suite 600            26400 Lahser, 215
6   San Francisco, CA 94108               Southfield, MI 48034
    Telephone: (415) 552-2531             Telephone: (248) 354-4121
7   Facsimile: (415) 552-2579             Facsimile: (248) 354-7368
8
                                          By: _____
9                                              Bryan D. Marcus

10  *Attorneys Objector Leigh Foster*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

424643.1                        - 5 -          STIP. JOINT NOT. & MOT. FOR ORDER APPROVING
                                                WITHDRAWAL OF OBJECTIONS OF LEIGH FOSTER
                                                             CASE NO. 03-2817 SI

424882_1.PDF

1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO / OAKLAND DIVISION

10

| | |
|---|---|
| 11  EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,<br><br>Defendants. | Case No. 03-2817 SI<br><br>**[PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY LEIGH FOSTER** |

424643.1

[PROPOSED] ORDER APPROVING
WITHDRAWAL OF OBJECTION OF LEIGH FOSTER
CASE NO. 03-2817 SI
424882_1.PDF

Case3:04-cv-04731-SI   Document18   Filed04/15/05   Page8 of 9

ELIZABETH WEST and JENNIFER LU,

    Plaintiffs,

v.

ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,

    Defendants.

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

v.

ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.

    Defendants.

424643.1      - 2 -      [PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION OF LEIGH FOSTER CASE NO. 03-2817 SI
424882_1.PDF

This matter is before the court on Plaintiffs' Motion For Order Approving Withdrawal of Objection Submitted By Leigh Foster.

Having considered the argument of the parties, the supporting documentation, the facts and circumstances of this case, and in light of the applicable law, the Court finds that approval of the withdrawal of Leigh Foster's objection is warranted under the circumstances.

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 23(e)(4)(B), withdrawal of Leigh Foster's objection is approved.

4/14/05

Dated: _____, 2005

s/Susan Illston

U.S. DISTRICT JUDGE SUSAN ILLSTON