UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., <br><br> Defendants. <br><br> ELIZABETH WEST and JENNIFER LU, <br><br> Plaintiffs, <br><br> v. <br><br> ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., | Case Nos. 03-2817, 04-4730, & 04-4731 SI <br><br> **REVISED STIPULATION AND [~~PROPOSED~~] ORDER RE OPT-OUTS AND POINT ALLOCATION** |

426442.1

| | |
|---|---|
| | Defendants. |
| | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.<br><br>Defendants. |

WHEREAS, the Claims Administrator has reported that it has received opt-outs and rescissions from certain Class Members, as reported in the Notice of Claims Administrator's Filing of Objections, Opt-outs, and Opt-out Rescissions, filed on Friday, April 8, 2005;

WHEREAS, the Claims Administrator has reported that 56 named Class Members submitted timely opt-outs, one named Class Member submitted an untimely opt-out, five named Class Members rescinded their opt-outs in a timely fashion, and four named Class Members rescinded their opt-outs in an untimely fashion;

WHEREAS, on April 11, 2005, the Claims Administrator received an Opt-out Rescission from Laura Teed, which was filed under separate cover on April 14, 2005; and

WHEREAS, on April 8, 2005, the Claims Administrator's Interim Report to the Court and Point Allocation Recommendation was filed,

The parties, by and through their counsel of record, stipulate and agree as follows:

1. It appropriate to designate as opting out only Class Members who submitted timely opt-outs and did not rescind them;

2. Any Class Member who submitted a rescission, whether timely or untimely, shall be deemed to have rescinded his or her opt-out, and shall be able to recover monetary relief as a Class member; and

3. The revised list of opt-outs is as follows:

| William Abbott | Mallory Hartung | Sara B. Ooms |
|---|---|---|
| Allyson Augustine | May Ling Ho | Cary L. Ooms |

| | | |
|---|---|---|
| Erin Augustine | Nicole Kath | Jill Owen |
| Kristen Barnes | Stephanie Elizabeth Kokoszka | Michal Poche |
| Chetan Bhasin | Charissa Marie Lazio (Locke) | Jesse Quarterman |
| Kristin Leigh Brown | William Lee | Melissa R. Ribble |
| Julia Burwell | Michelle Lukas | Laura Riddlebarger |
| Courtney Condron | Lisa T.K.O. Lum | Cheryl Riemer |
| Nadia Karina Del Rio | Megan Manahl | Laura C. Riise |
| Jolene Eichorn | Angel McCollough | Kristin R. Ross |
| Minette Galura-Boquiren | Kenzi A. McNally | Allison Roth |
| Robyn L. Gough | Gina Moshopoulos | Pamela Soggu |
| Elizabeth Guleke | Sarah Ann Motl | Kelly A. Stevelt |
| Kirsten Hahn | Jen Munoz | Wendy Widhalm |
| Hilary Harrod | Heidi Nichols | |
| Lindsay Harse | Sandra M. Noviks | |

4.   The parties respectfully request that the Court adopt Section V of the Interim Report, entitled "Recommended Allocation Plan."

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Respectfully submitted,

3

| Julie Su | Thomas A. Saenz |
| Minah Park | Shaheena Ahmad Simons |
| ASIAN PACIFIC AMERICAN LEGAL CENTER | MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND |
| 1145 Wilshire Boulevard, 2nd Floor | 634 South Spring Street |
| Los Angeles, CA 90017 | Los Angeles, CA 90014 |
| Telephone: (213) 977-7500 | Telephone: (213) 629-2512 |
| Facsimile: (213) 977-7595 | Facsimile: (213) 629-0266 |
| | |
| Kimberly West-Faulcon | Bill Lann Lee |
| NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC. | Kelly M. Dermody |
| | Eve H. Cervantez |
| 1055 Wilshire Blvd., Suite 1480 | Elizabeth A. Alexander |
| Los Angeles, CA 90017 | Jahan C. Sagafi |
| Telephone: (213) 975-0211 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| Facsimile: (213) 202-5773 | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| | |
| Sidney L. Gold | Bryan L. Clobes |
| Traci M. Greenberg | Melody Forrester |
| SIDNEY L. GOLD & ASSOCIATES, P.C. | Jeffrey D. Lerner |
| 1835 Market Street, Suite 515 | MILLER FAUCHER AND CAFFERTY |
| Philadelphia, PA 19103 | One Logan Square, Suite 1700 |
| Telephone: (215) 569-1999 | Philadelphia, PA 19103 |
| | Telephone: (215) 864-2800 |
| | |
| Cleo Fields | Joseph C. Kohn |
| RAINBOW/PUSH COALITION | Martin J. D'Urso |
| 930 East 50th Street | Diana Liberto |
| Chicago, IL 60615 | Hilary Cohen |
| Telephone: (773) 373-3366 | KOHN, SWIFT & GRAF, P.C. |
| | One South Broad Street, Suite 2100 |
| | Philadelphia, PA 19107 |
| | Telephone: (215) 238-1700 |
| | |
| James F. Keller | Barry L. Goldstein |
| Zachary Gottesman | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
| GOTTESMAN & ASSOCIATES | |
| 2121 URS Center | 300 Lakeside Avenue |
| 36 East 7th Street | Oakland, CA 94612 |
| Cincinnati, OH 45202 | Telephone: (510) 763-9800 |
| (513) 651-2121 | |

```
                                          Jack W. Lee, Esq. (SBN 071626)
                                          Lisa Duarte, Esq. (SBN 169750)
                                          John Ota, Esq. (SBN 195532)
                                          MINAMI, LEW & TAMAKI LLP
                                          360 Post Street, 8th Floor
                                          San Francisco, CA 94108
                                          Telephone:  (415) 788-9000
                                          Facsimile:  (415) 398-3887
```

Dated: April 14, 2005

By: ___/s/ Bill Lann Lee_____
       Bill Lann Lee

*Attorneys for Plaintiffs*

| | |
|---|---|
| Anna Y. Park (SBN 164242) | John C. Hendrickson (IL SBN 1187589) |
| Peter F. Laura (SBN 116426) | Gregory M. Gochanour (IL SBN 6210804) |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 255 East Temple Street, 4th Floor | 500 West Madison Street, Suite 2800 |
| Los Angeles, CA 90012 | Chicago, IL 60661 |

Dated: April 14, 2005

By: ___/s/ Gregory M. Gochanour_____
       Gregory M. Gochanour

*Attorneys for EEOC*

| | |
|---|---|
| Thomas B. Ridgley | Douglas R. Young |
| Sandra J. Anderson | Douglas E. Dexter |
| Mark A. Knueve | Sandra A. Kearney |
| VORYS, SATER, SEYMOUR & PEASE, LLP | FARELLA BRAUN & MARTEL, LLP |
| | Russ Building, 30th floor |
| 52 East Gay Street, P.O. Box 1008 | 235 Montgomery Street |
| Columbus, OH 43216-1008 | San Francisco, CA 94104 |
| | Telephone:  (415) 954-4400 |
| | Facsimile:  (415) 954-4480 |

Dated: April 14, 2005

By: ___/s/ Thomas B. Ridgley_____
       Thomas B. Ridgley

*Attorneys for Defendants*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: 4/14/05                              s/Susan Illston

3                                              Hon. Susan Illston
                                               United States District Judge