| | |
|---|---|
| 1 | Bill Lann Lee (SBN 108452)<br>Kelly M. Dermody (SBN 171716) |
| 2 | Eve H. Cervantez (SBN 164709)<br>Elizabeth A. Alexander (pro hac vice) |
| 3 | Jahan C. Sagafi (SBN 224887)<br>LIEFF, CABRASER, HEIMANN & |
| 4 | BERNSTEIN, LLP<br>275 Battery Street, 30th Floor |
| 5 | San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000 |
| 6 | Facsimile:  (415) 956-1008 |
| 7 | Norman A. Yatooma<br>Ryan Bobel |
| 8 | NORMAN YATOOMA & ASSOCIATES, P.C.<br>219 Elm Street |
| 9 | Birmingham, MI  48009-6306<br>Telephone:  (248) 642-3600 |
| 10 | Facsimile:  (248) 642-3601 |
| 11 | *[Additional counsel listed on signature page]* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated, | Case Nos.  03-2817 SI, 04-4730, and 04 4731<br><br>**STIPULATED JOINT NOTICE OF MOTION AND MOTION FOR ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY RACHEL POTTER** |
| | Plaintiffs, | |
| | v. | |
| | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., | |
| | Defendants. | |

431284.3

STIP. JOINT NOT. & MOT. FOR ORDER APPROVING
WITHDRAWAL OF OBJECTION OF RACHEL POTTER
CASE NO.  03-2817 SI

| | |
|---|---|
| 1 | |
| 2 | ELIZABETH WEST and JENNIFER LU, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, |
| 10 | v. |
| 11 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO. |
| 12 | |
| 13 | Defendants. |

**STIPULATED JOINT NOTICE OF MOTION AND MOTION FOR ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY RACHEL POTTER**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the above-captioned Plaintiffs and Objector hereby move the Court for an order approving the withdrawal of Class member Rachel Potter's objection. Movants request that this motion be decided on the papers. This Motion is based on this Notice of Motion, Motion, and supporting Memorandum, all pleadings and records on file in this action, and any other arguments and evidence presented to the Court.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Ms. Potter submitted an objection to the Claims Administrator, which was received on March 7, 2005. Class Counsel modified the settlement with respect to two of the objections, and the Court adopted another of the objections.

1    Because the Court accepted these objections that Ms. Potter, through her counsel,
2    provided for the benefit of the Class, and to expeditiously achieve the aims of the Consent
3    Decree, including prompt payment of the monetary relief to the Class, Plaintiffs have agreed to
4    resolve Ms. Potter's objections on the following terms:

5    (A)    Class Counsel agrees to pay Ms. Potter's counsel $69,000, payable from
6    Class Counsel's fees within one (1) business day after Final Approval of the Consent Decree, as
7    defined in the Consent Decree.

8    (B)    This sum will fully satisfy Ms. Potter's individual claim, including any
9    monetary relief and fees.

10   (C)    Ms. Potter agrees to withdraw her objection and to not appeal the Court's
11   judgment approving the Consent Decree.

12   For the foregoing reasons, pursuant to Federal Rule of Civil Procedure
13   23(e)(4)(B), Plaintiffs and Objector Rachel Potter respectfully request that the Court grant this
14   Motion For Order Approving Withdrawal of Objection Submitted By Rachel Potter.

15   Dated: June 7, 2005

16   Respectfully submitted,

17   Julie Su                                          Bill Lann Lee
     Minah Park                                        Kelly M. Dermody
18   ASIAN PACIFIC AMERICAN LEGAL                      Eve H. Cervantez
        CENTER                                         Jahan C. Sagafi
19   1145 Wilshire Boulevard, 2nd Floor                LIEFF, CABRASER, HEIMANN
     Los Angeles, CA 90017                                & BERNSTEIN, LLP
20   Telephone: (213) 977-7500                         275 Battery Street, 30th Floor
     Facsimile: (213) 977-7595                         San Francisco, CA 94111-3339
21                                                     Telephone: (415) 956-1000
                                                       Facsimile: (415) 956-1008
22

23   Kimberly West-Faulcon                             Thomas A. Saenz
     NAACP LEGAL DEFENSE AND                           Shaheena Ahmad Simons
24      EDUCATIONAL FUND, INC.                         MEXICAN AMERICAN LEGAL DEFENSE
     1055 Wilshire Blvd., Suite 1480                      AND EDUCATIONAL FUND
25   Los Angeles, CA 90017                             634 South Spring Street
     Telephone: (213) 975-0211                         Los Angeles, CA 90014
26   Facsimile: (213) 202-5773                         Telephone: (213) 629-2512
                                                       Facsimile: (213) 629-0266
27

28

431284.3                    - 3 -    STIP. JOINT NOT. & MOT. FOR ORDER APPROVING
                                     WITHDRAWAL OF OBJECTION OF RACHEL POTTER
                                     CASE NO. 03-2817 SI

| | |
|---|---|
| Sidney L. Gold<br>Traci M. Greenberg<br>SIDNEY L. GOLD & ASSOCIATES, P.C.<br>1835 Market Street, Suite 515<br>Philadelphia, PA 19103<br>Telephone: (215) 569-1999 | Bryan L. Clobes<br>Melody Forrester<br>Jeffrey D. Lerner<br>MILLER FAUCHER AND CAFFERTY<br>One Logan Square, Suite 1700<br>Philadelphia, PA 19103<br>Telephone: (215) 864-2800 |
| Cleo Fields<br>RAINBOW/PUSH COALITION<br>930 East 50th Street<br>Chicago, IL 60615<br>Telephone: (773) 373-3366 | Joseph C. Kohn<br>Martin J. D'Urso<br>Diana Liberto<br>Hilary Cohen<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Telephone: (215) 238-1700 |
| James F. Keller<br>Zachary Gottesman<br>GOTTESMAN & ASSOCIATES<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH 45202<br>(513) 651-2121 | Jack W. Lee, Esq. (SBN 071626)<br>Lisa Duarte, Esq. (SBN 169750)<br>John Ota, Esq. (SBN 195532)<br>MINAMI, LEW & TAMAKI LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 788-9000<br>Facsimile: Fax (415) 398-3887 |

By: _____
Jahan C. Sagafi

*Attorneys for Plaintiffs*

| | |
|---|---|
| Jason Erlich<br>THE ERLICH LAW FIRM<br>177 Post Street, Suite 600<br>San Francisco, CA 94108<br>Telephone: (415) 552-2531<br>Facsimile: (415) 552-2579 | Norman A. Yatooma<br>Ryan Bobel<br>NORMAN YATOOMA & ASSOCIATES, P.C.<br>219 Elm Street<br>Birmingham, MI 48009-6306<br>Telephone: (248) 642-3600<br>Facsimile: (248) 642-3601 |

By: _____
Norman A. Yatooma

*Attorneys Objector Rachel Potter*

431284.3 — - 4 - — STIP. JOINT NOT. & MOT. FOR ORDER APPROVING WITHDRAWAL OF OBJECTION OF RACHEL POTTER
CASE NO. 03-2817 SI

| | | |
|---|---|---|
| 1 | Sidney L. Gold<br>Traci M. Greenberg | Bryan L. Clobes<br>Melody Forrester |
| 2 | SIDNEY L. GOLD & ASSOCIATES, P.C.<br>1835 Market Street, Suite 515 | Jeffrey D. Lerner<br>MILLER FAUCHER AND CAFFERTY |
| 3 | Philadelphia, PA 19103<br>Telephone: (215) 569-1999 | One Logan Square, Suite 1700<br>Philadelphia, PA 19103 |
| 4 | | Telephone: (215) 864-2800 |
| 5 | Cleo Fields | Joseph C. Kohn<br>Martin J. D'Urso |
| 6 | RAINBOW/PUSH COALITION<br>930 East 50th Street | Diana Liberto<br>Hilary Cohen |
| 7 | Chicago, IL 60615<br>Telephone: (773) 373-3366 | KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100 |
| 8 | | Philadelphia, PA 19107<br>Telephone: (215) 238-1700 |
| 9 | James F. Keller | Jack W. Lee, Esq. (SBN 071626) |
| 10 | Zachary Gottesman<br>GOTTESMAN & ASSOCIATES | Lisa Duarte, Esq. (SBN 169750)<br>John Ota, Esq. (SBN 195532) |
| 11 | 2121 URS Center<br>36 East 7th Street | MINAMI, LEW & TAMAKI LLP<br>360 Post Street, 8th Floor |
| 12 | Cincinnati, OH 45202<br>(513) 651-2121 | San Francisco, CA 94108<br>Telephone: (415) 788-9000 |
| 13 | | Facsimile: Fax (415) 398-3887 |

By: /s/ Jahan C. Sagafi

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 17 | | |
| 18 | Jason Erlich<br>THE ERLICH LAW FIRM | Norman A. Yatooma<br>Ryan Bobel |
| 19 | 177 Post Street, Suite 600<br>San Francisco, CA 94108 | NORMAN YATOOMA & ASSOCIATES, P.C.<br>219 Elm Street |
| 20 | Telephone: (415) 552-2531<br>Facsimile: (415) 552-2579 | Birmingham, MI 48009-6306<br>Telephone: (248) 642-3600 |
| 21 | | Facsimile: (248) 642-3601 |

By: /s/ Norman A. Yatooma

*Attorneys Objector Rachel Potter*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,<br><br>Defendants. | Case No. 03-2817 SI<br><br>**[PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY RACHEL POTTER** |

| | |
|---|---|
| 1 | |
| 2 | ELIZABETH WEST and JENNIFER LU, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, |
| 10 | v. |
| 11 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO. |
| 12 | |
| 13 | Defendants. |
| 14 | |

1  This matter is before the court on Plaintiffs' Motion For Order Approving
2  Withdrawal of Objection Submitted By Rachel Potter.
3  Having considered the arguments of the parties, the supporting documentation, the
4  facts and circumstances of this case, and in light of the applicable law, the Court finds that
5  approval of the withdrawal of Rachel Potter's objection is warranted under the circumstances.
6
7  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that, pursuant to
   Federal Rule of Civil Procedure 23(e)(4)(B), withdrawal of Rachel Potter's objection is approved.
8
9
10                                                    s/Susan Illston
11  Dated:   6/10/05          , 2005       _____
                                            U.S. DISTRICT JUDGE SUSAN ILLSTON

431284.3                                    - 3 -                  [PROPOSED] ORDER APPROVING
                                                           WITHDRAWAL OF OBJECTION OF RACHEL POTTER
                                                                          CASE NO. 03-2817 SI