UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GOMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS and ROBAIR SHERROD on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC and A&F OHIO, INC.,<br><br>Defendants. | Case No. C03-2817 SI, 04-4730 and 04-4731<br><br>**ORDER DIRECTING DEFENDANTS TO FILE UNDER SEAL THE COURT-APPOINTED MONITOR'S ANNUAL COMPLIANCE REPORTS AND TO FILE EXECUTIVE SUMMARIES IN THE PUBLIC RECORD**<br><br>Dept.: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |
| ELIZABETH WEST and JENNIFER LU,<br><br>Plaintiffs,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,<br><br>Defendants. | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiffs, | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Order Directing Defendants to File Under Seal the Court-Appointed Monitor's Annual Compliance Reports and to File Executive Summaries in the Public Record

18125\1344284.1

|   |   |
|---|---|
| 1 | vs. |
| 2 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., |
| 3 |  |
| 4 |  |
| 5 | Defendants. |

The Court, having advised the parties of its desire to review the Court-appointed Monitor's Second Annual Compliance Report and subsequent Annual Compliance Reports ("Reports") and the Executive Summary of the Court-appointed Monitor's Second Annual Compliance Report and subsequent Executive Summaries ("Executive Summaries"), having reviewed Defendants' Motion for Order Directing Court-Appointed Monitor's Annual Compliance Reports and Executive Summaries Thereof to be Filed Under Seal and all written opposition thereto, and having determined that the Reports will be received and reviewed by the Court under seal subject to any party requesting to have the seal lifted for good cause shown, and having determined that the Executive Summaries will be received and reviewed by the Court and not be filed under seal,

IT IS HEREBY ORDERED that Defendants file the Monitor's Annual Compliance Reports under seal until further Order of the Court and without prejudice to any party filing a request to have the seal lifted for good cause shown. It is also hereby Ordered that Defendants file the Monitor's Executive Summaries in the public record, and not under seal. Said filings shall be made no later than ten days prior to the annual Status Conference with the Court. In keeping with this decision, the Court-Appointed Monitor's First Annual Compliance Report, which was previously filed under seal, shall remain under seal. However, Defendants are Ordered to file in the public record the Executive Summary of the Court-Appointed Monitor's First Annual Compliance Report, which was previously filed under seal.

IT IS SO ORDERED.

Date: 9/20/07

_____
Honorable Susan Illston
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Order Directing Defendants to File Under Seal the Court-Appointed Monitor's Annual Compliance Reports and to File Executive Summaries in the Public Record

- 2 -

18125\1344284.1