| | |
|---|---|
| 1 | Fred W. Alvarez, State Bar No. 068115 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 3 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 493-6811 |
| 4 | |
| | Court-Appointed Monitor |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others,

    Plaintiffs,

        v.

ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,

    Defendants.

ELIZABETH WEST and JENNIFER LU,

    Plaintiffs,

        v.

ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,

    Defendants.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        v.

ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,

    Defendants.

CASE NOS.: 03-2817 SI, 04-4730 and 04-4731

**EXECUTIVE SUMMARY OF COURT-APPOINTED MONITOR'S FOURTH ANNUAL COMPLIANCE REPORT**

## I. REQUIREMENTS OF CONSENT DECREE

The Consent Decree provides for the preparation of an Executive Summary of the Court-Appointed Monitor's Annual Compliance Report. The Executive Summary should set forth "the substance of the Monitor's findings" with respect to Abercrombie's[1] compliance with the requirements of the Consent Decree for the applicable period. The Consent Decree goes on to describe the Executive Summary as follows: "The parties contemplate that the Executive Summary will reflect the Monitor's general findings in areas such as, but not limited to, training, recruitment, . . . and attainment of Benchmarks, all as more specifically covered by the Report, and the parties also contemplate that the Executive Summary will not include specific findings as to, inter alia, the numbers of applications, hires, promotions, or specific occurrences or events. By way of example, the Executive Summary's discussion of the Company's training could generally set out the Monitor's findings relative to whether the Company had or had not met its overall training objectives under the Decree over the subject reporting period, and, if not, a general statement of matters with respect to which there had been non-compliance and any steps the Company is to take to resolve such matters." What follows is the Monitor's Executive Summary of the Fourth Annual Compliance Report. This Executive Summary does not discuss any of Abercrombie's obligations limited to the first year following the Approval Date of the Decree.

## II. SUBSTANCE OF MONITOR'S FINDINGS REGARDING MARKETING

The Consent Decree requires that Abercrombie's marketing materials, taken as a whole, "reflect diversity, as reflected by the major racial/ethnic minority populations of the United

---

[1] This Executive Summary incorporates herein by reference the definition of "Abercrombie" contained in the Consent Decree: "'Abercrombie' or the 'Company' means Abercrombie & Fitch Stores, Inc.; A&F California, LLC; A&F Ohio, Inc.; and Abercrombie & Fitch Management Co., as well as each of their parents, subsidiaries, affiliates, officers, directors, agents, management, successors and assigns and those in active concert or participation with them, or any of them. The terms of [the Consent] Decree cover all stores operated by Abercrombie whether under the name Abercrombie & Fitch, Hollister, abercrombie, or any other concept operated by Abercrombie."

States." The Monitor found that Abercrombie's marketing materials during the Fourth Compliance Period,[2] taken as a whole, did not reflect diversity.

Abercrombie has continued to have a substantial presence of African Americans in the marketing materials at a level generally reflective of African Americans' respective representation in the United States population. Asian Americans and Latinos were generally underrepresented in Abercrombie's marketing materials. To achieve compliance with this obligation, Abercrombie should continue to include African Americans at representative levels and strive to include Asian Americans and Latinos in the full range of marketing materials, including in the more prominent in-store locations, so that those materials, taken as a whole, reflect diversity.

### III. SUBSTANCE OF MONITOR'S FINDINGS REGARDING NOTICE AND POSTING

The Monitor found that Abercrombie posted the Exhibit B Notices in stores and in its HR 411 Bulletin as required by the Consent Decree. As in the Third Compliance period, confirmation of the posting of Exhibit B Notice was provided by the Recruiters. The Consent Decree requires that such confirmation be provided by District Managers. Abercrombie should seek modification of this requirement from Lead Counsel and the EEOC if the Company believes that the objectives of the Consent Decree can be better attained through confirmation by the Recruiters.

### IV. SUBSTANCE OF MONITOR'S FINDINGS REGARDING EEO AND DIVERSITY TRAINING

All of Abercrombie's District Managers, Regional Managers, and Human Resources Employees required to be trained under the Consent Decree received EEO and Diversity Training in the Fourth Compliance Period. However, some of these employees were not trained within the time periods required by the Consent Decree. Notably, a majority of the salaried exempt employees in Abercrombie's Store Administration, Store Communications, Security, Stores HR, Store Operations, and Store Control departments did not receive the required EEO

---

[2] The Fourth Compliance Period extends from May 1, 2008 to April 30, 2009.

and Diversity Training during the Fourth Compliance Period. In addition, a large minority of In-Store Managers received EEO and Diversity Training after the expiration of the applicable deadline set forth the Consent Decree.

The Monitor found that Abercrombie does not appear to be accurately tracking individualized training deadlines for employees required to receive EEO and Diversity Training. To be fully compliant with the Consent Decree, Abercrombie would need to ensure that employees are trained within the applicable training deadline. The Monitor remains concerned that Abercrombie's current strategy both fails to meet the training deadline for some and "over trains" others by training them twice as often as required by the Consent Decree. The Monitor encourages Abercrombie to pursue potential low cost and "low tech" alternatives to meeting Decree requirements without overtraining employees.

## V. SUBSTANCE OF MONITOR'S FINDINGS REGARDING INTERNAL COMPLAINT PROCEDURE

The Monitor found that, in general, Abercrombie complied with the Consent Decree's requirements that it: (1) commence and resolve investigations in a timely manner; (2) interview relevant witnesses; (3) communicate the results of investigations to complainants; and (4) keep written records of the investigatory steps taken. Abercrombie continued to publicize the Internal Complaint Procedure primarily through the Exhibit B Notices and the Associate Handbooks for each brand.

In the Fourth Compliance Period, the Monitor alerted Abercrombie to an unusual number of complaints about the manner in which Abercrombie handled internal employee EEO complaints to Human Resources. Abercrombie investigated the issue and provided further training to Human Resources associates handling the complaints. The Monitor will continue to review Abercrombie's implementation and internal oversight of the Internal Compliant Procedure.

## VI. SUBSTANCE OF MONITOR'S FINDINGS REGARDING RECRUITMENT AND HIRING

Abercrombie trained its In-Store Managers in the Company's Recruitment and Hiring Protocol within the time period required by the Consent Decree. However, Abercrombie failed

to train its District Managers in the Company's Recruitment and Hiring Protocol at all in the Fourth Compliance Period. Therefore, Abercrombie did not train "all involved staff" in within the time periods required by the Consent Decree.

## VII. SUBSTANCE OF MONITOR'S FINDINGS REGARDING MANAGERIAL PROMOTIONS

Abercrombie met the Promotion Benchmarks (as defined in the Consent Decree) with respect to Asian American, Latino, and female managers for all managerial positions during the 7th six-month period. However, Abercrombie did not do so with respect to African American promotions from MIT to the Assistant Manager position or from the Assistant Manager position to the Store Manager/General Manager positions during the 7th six-month period.

Abercrombie met the Promotion Benchmarks (as defined in the Consent Decree) with respect to all Minorities for all managerial positions in the 8th six-mouth period.

## VIII. SUBSTANCE OF MONITOR'S FINDINGS REGARDING RECRUITERS

The Monitor found that Abercrombie employed the agreed-upon number of Recruiters in the 7th six-month period and the 8th period. In both periods, Abercrombie based an adequate number of those Recruiters in major metropolitan areas, as required by the Consent Decree.

Abercrombie is also charged with implementing a plan to ensure that its Recruiters reflect diversity in race/national origin and gender. More than half of the Company's Recruiters are female. The Monitor also found that the Recruiters are diverse with respect to Asian Americans. The Monitor noted that representation of African Americans within the recruiting department was satisfactory, but noted the absence of African Americans in the more senior positions within the department. The percentage of Latino Recruiters remains low. Abercrombie should redouble its efforts to ensure that the Recruiters hired reflect diversity with respect to Latinos and African Americans at all levels within the recruiting department.

The Consent Decree requires that Abercrombie consider both external and internal candidates for the Recruiter position. As in prior compliance periods, the Company did not hire any external candidates for the position. Abercrombie should expand its external recruiting efforts when seeking additional Recruiters and/or filling vacant Recruiter positions.

Alternatively, Abercrombie should seek modification of this requirement from Lead Counsel and the EEOC if the Company believes that the objectives of the Recruiter provision are being attained.

The Consent Decree requires that Abercrombie charge the Recruiters with recruiting Minority[3] applicants of both genders into in-store positions. While Recruiters have increased the number of Minority job fairs and recruiting events attended by Recruiters, the Monitor remains concerned about job responsibilities imposed upon Recruiters that are not Decree-related. Abercrombie should ensure that the Recruiters remain focused on recruiting Minority applicants of both genders into in-store positions and other Decree-related functions.

## IX. SUBSTANCE OF MONITOR'S FINDINGS REGARDING ADVERTISEMENTS

The Monitor found that Abercrombie complied with the Consent Decree's requirement that the Company place advertisements for in-store employment opportunities in periodicals that targeted African Americans, Asian Americans, and/or Latinos of both genders in the 7th six-month period. However, Abercrombie failed to meet this requirement in the 8th six-month period because its advertisements did not make reference to in-store employment opportunities.

## X. SUBSTANCE OF MONITOR'S FINDINGS REGARDING MINORITY RECRUITING EVENTS

The Monitor found that Abercrombie attended Minority job fairs and recruiting events as required by the Consent Decree.

## XI. SUBSTANCE OF MONITOR'S FINDINGS REGARDING DIVERSITY CONSULTANT

The Monitor found that Abercrombie utilized a Diversity Consultant to conduct diversity and inclusion training and to aid in identifying sources of qualified Minority candidates, as required by the Consent Decree.

---

[3] This Executive Summary incorporates herein by reference the definition of "Minority" contained in the Consent Decree: "'Minority' means all African Americans, Asian Americans, and Latinos."

## XII. SUBSTANCE OF MONITOR'S FINDINGS REGARDING HIRING BENCHMARKS

The Monitor found that Abercrombie complied with the requirements of the Consent Decree in terms of implementing and establishing Hiring Benchmark rates for the 7th and 8th six-month periods.

Abercrombie did not meet most Hiring Benchmarks set for the Model position for the Fourth Compliance Period. Table 1, below, summarizes Abercrombie's performance with respect to the Benchmarks for the Model position in the 7th and 8th six-month periods.

### Table 1
### Model - Achievement of 7th and 8th Six-Month Period Benchmarks

|  | 7th Period | 8th Period |
|---|---|---|
| **African American** | Missed | Missed |
| **Asian American** | Met | Met |
| **Latino** | Missed | Missed |
| **Female** | Met | Missed |
| **African American Female** | Missed | Missed |

Abercrombie did not meet most of the Manager-in-Training Hiring Benchmarks set for the Fourth Compliance Period. Table 2, below, summarizes Abercrombie's performance with respect to the Benchmarks for the Manager-in-Training position in the 7th and 8th six-month periods.

### Table 2
### MIT - Achievement of 7th and 8th Six-Month Period Benchmarks

|  | 7th Period | 8th Period |
|---|---|---|
| **African American** | Missed | Missed |
| **Asian American** | Met | Missed |
| **Latino** | Missed | Missed |
| **Female** | Met | Met |

## XIII. SUBSTANCE OF MONITOR'S FINDINGS REGARDING COMPLIANCE MEETINGS

Abercrombie engaged in compliance meetings pursuant to the terms of the Consent Decree.

## XIV. SUBSTANCE OF MONITOR'S FINDINGS REGARDING CONTENTS OF SEMI-ANNUAL PROGRESS REPORTS

Abercrombie submitted Semi-Annual Progress Reports in a timely fashion. The Semi-Annual Progress Reports included the materials and information required pursuant to the Consent Decree.

Dated: August 31, 2009

Fred W. Alvarez

By: _____
Fred W. Alvarez
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Court-Appointed Monitor